No. 94–9257. KIMBERLIN *v.* DeLONG, PERSONAL REPRESENTATIVE FOR DeLONG, DECEASED, AND IN HER OWN CAPACITY. Sup. Ct. Ind. Certiorari denied.

No. 94–9258. TYLER *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 94–9263. SMITH *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 94–9264. HECTOR M. *v.* JESSICA G. Ct. App. Md. Certiorari denied.

No. 94–9269. LONDON *v.* MAC CORPORATION OF AMERICA. C. A. 5th Cir. Certiorari denied.

No. 94–9270. LOGAN *v.* BLACK. C. A. 5th Cir. Certiorari denied.

No. 94–9272. JUELS *v.* FEDERAL REPUBLIC OF GERMANY ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–9275. LaFOUNTAIN *v.* SIMASKO ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–9276. NICHOLAS *v.* BURKITT. Ct. App. Mich. Certiorari denied.

No. 94–9278. PLONEDA *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–9279. BOND *v.* O'DEA, WARDEN. Ct. App. Ky. Certiorari denied.

No. 94–9281. FRANKLIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9287. HAMMOND *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 94–9288. HOOPER *v.* ARIZONA. Super. Ct. Ariz., Maricopa County. Certiorari denied.

No. 94–9289. WEEKS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.